UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 16-7256 DSF (MRWx) | Date | 10/5/16 |
|---|---|---|---|
| Title | Tina Kwan, et al. v. Magnus Sunhill Group, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Referring Case to Bankruptcy Court

    This case arises in or is related to a case under Title 11 of the United States Code. Therefore, it is referred to the United States Bankruptcy Court for the Central District of California.  General Order 13-05(1).

    IT IS SO ORDERED.